WOODLEY, Judge.

This is an appeal from an order entered in a habeas corpus proceeding attacking the validity of appellant's confinement under a warrant of arrest, the Justice of the Peace having fixed his bond in the sum of $5,000 on a charge of fondling, a felony, and the District Judge having set bond at $1500 and remanded appellant to custody until such bond was entered into and approved.

It is made to appear that subsequent to the order appealed from an indictment has been returned and appellant has made bond.

Appellant's attack upon the legality of his confinement under the warrant issued by the magistrate is moot. Ex Parte Bowles, 166 Tex.Cr.R. 346, 314 S.W.2d 108; Ex Parte Lumpkin, 165 Tex.Cr.R. 628, 310 S.W.2d 333; Ex Parte Davis, Tex.Cr. App., 290 S.W.2d 669.

The appeal is dismissed.

found guilty by a jury and assessed a term of 8 years.

The conviction was affirmed by this Court. However, the Supreme Court of the United States granted certiorari; reversed the judgment of the Court of Criminal Appeals with costs, and remanded the cause to this Court for further proceedings not inconsistent with its opinion. (Estes v. State of Texas, 381 U.S. 532, 85 S.Ct. 1628, 14 L.Ed.2d 543.)

The opinion of the Supreme Court requires that appellant's motion to reverse and remand this cause be granted.

Our prior opinions are withdrawn and the judgment of the trial court is reversed and the cause remanded.

**Ramiro GARCIA, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 38337.**

Court of Criminal Appeals of Texas.

Nov. 3, 1965.

Rehearing Denied Dec. 8, 1965.

**Billie Sol ESTES, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 36086.**

Court of Criminal Appeals of Texas.

Nov. 24, 1965.

J. Byron Saunders, Tyler, John P. Dennison, Pecos, Cofer, Cofer & Hearne, Austin, for appellant.

R. B. McGowen, Jr., Dist. Atty., H. Darrell Glover, County Atty., Pecos, Weldon Holcomb, Former Dist. Atty., Smith County, Tyler, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

This is an appeal from a conviction for felony swindling, appellant having been

